| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* <br> 1:07CR078-002 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* <br> 08 CR 501 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: <br> GORDON, Marshay | DISTRICT <br> West Virginia Northern | DIVISION <br> Northern District of West Virginia |
|---|---|---|
| | NAME OF SENTENCING JUDGE <br> Honorable Irene M. Keeley | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM <br> 05/02/2008 — TO 05/01/2010 |

| OFFENSE |
|---|
| Instigating or Assisting Escape, 18 U.S.C. §752(a) |

JUDGE ANDERSEN
MAGISTRATE JUDGE DENLOW

**FILED**
JUN 2 4 2008  TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 2, 2008
*Date*

*/s/ Irene M. Keeley*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUN 2 3 2008
*Effective Date*

United States District Judge